IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30256
Summary Calendar
_____


PAUL PETER,

Plaintiff-Appellant,


versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL
SECURITY,

Defendant-Appellee.


_____

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-949)
_____
September 19, 1996

Before HIGGINBOTHAM, WIENER, AND BENAVIDES, Circuit Judges

PER CURIAM:[*]

Paul Peter has appealed the district court's affirmance of the Social Security Commissioner's decision which denied him disability insurance benefits and Supplemental Security Income. The judgment of the district court is supported by substantial evidence in the record and proper legal standards were used in

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

evaluating the evidence.  We affirm essentially for the reasons stated in the magistrate judge's report, which the district court adopted.  <u>See</u> <u>Peter v. Chater</u>, No. 95-CV-37-949 (S.D. Tex. Feb. 27, 1996).

JUDGMENT AFFIRMED.